|   |   |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| DR. EMILIO MEYER, | : |
| Plaintiff, | : Civ. Action No. _____ |
| - against - | : |
| GENERAL ELECTRIC COMPANY, GE INFRASTRUCTURE, INC., GE INFRASTRUCTURE SENSING, INC., GE PANAMETRICS, PANAMETRICS, INC., and DOES 1 through 20, | : 05-10681 NMG |
| Defendants. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

## MOTION FOR APPEARANCE PRO HAC VICE

I, Michael P. Twohig, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to D. Mass. Local R. 83.5.3, move that the Court allow Antonio Valla, Douglas E. Watts, and Stephanie L. Southwick to appear pro hac vice. The Certificates of the above named are submitted herewith in support of this motion.

Respectfully submitted.

Dated: April 4, 2005

DR. EMILIO MEYER
By his attorneys,

Michael P. Twohig (BBO#648079)
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

-1-

MOTION FOR APPEARANCE PRO HAC VICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. EMILIO MEYER,

               Plaintiff,       :   Civ. Action No. _____

   - against -                             :

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

               Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF STEPHANIE L. SOUTHWICK

I, Stephanie L. Southwick, state as follows:

1. I am a member in good standing of the bar of the highest Court of the State of California.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 4, 2005                            Stephanie L. Southwick

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

-1-

CERTIFICATE OF STEPHANIE L. SOUTHWICK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DR. EMILIO MEYER,                                  :

              Plaintiff,                      :        Civ. Action No. _____

  - against -                                      :

GENERAL ELECTRIC COMPANY,                          :
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,                   :
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,                             :

             Defendants.        **05-10681NMG**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF DOUGLAS E. WATTS

I, Douglas E. Watts, state as follows:

1. I am a member of the bars of the highest Court of the State of California and the United States District Court for the Northern District of California.

2. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 4, 2005                                           Douglas E. Watts

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

-1-

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. EMILIO MEYER,

                   Plaintiff,              Civ. Action No. _____

  - against -

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF ANTONIO VALLA

I, Antonio Valla, state as follows:

1. I am a member of the bars of the highest Court of the State of California; the United States District Court for the Northern District of California; and the Ninth Circuit Court of Appeals.

2. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 4, 2005                                  Antonio Valla

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com