# UNITED STATES DISTRICT COURT

District of _____

Massachusetts

Dr. Emilio Meyer,

Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

CASE NUMBER:

Defendants.

# 05- 10681NMG

TO: (Name and address of Defendant)

Panametrics, Inc.
221 Crescent Street
Waltham, MA 02493

c/o CT Corp.
101 Federal St. Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Twohig, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Antonio Valla, Esq.
Douglas E. Watts, Esq.
Stephanie L. Southwick, Esq.
(Pro Hac Vice applications pending)
Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Suite A-215
Lafayette, CA 94549

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR - 7 2005

CLERK

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### District of

Massachusetts

Dr. Emilio Meyer,

                Plaintiff,

        V.

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10681NMG

TO: (Name and address of Defendant)

Panametrics, Inc.
221 Crescent Street
Waltham, MA 02493

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Twohig, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Antonio Valla, Esq.
Douglas E. Watts, Esq.
Stephanie L. Southwick, Esq.
(Pro Hac Vice applications pending)
Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Suite A-215
Lafayette, CA 94549

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

APR - 7 2005

DATE

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me (1) | DATE | April 25, 2005 |
|---|---|---|

| NAME OF SERVER | BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Allison Liberto, Process Specialist for CT Corporation System, Registered**

~~Duly Authorized~~ Agent for the within-named **Defendant, Panametrics, Inc.**

Said service was made at:

_____ 2:35p.m. at 101 Federal Street, Boston _____ , MASSACHUSETTS

---

**STATEMENT OF SERVICE FEES**

| SERVICE FEE $ | | Trips | |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ April 25, 2005 _____      _Signature of Server_
                        Date

One Devonshire Place, Boston, Massachusetts
Address of Server

---

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| Also served: Letter, Civil Cover Sheet | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

Subscribed and sworn to before me, a Notary Public, this 25th Day of April, 2005

My Commission Expires: 12/15/11

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**          **Boston, MA 02109**          Fax #          (617) 720-5737