AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

DR. EMILIO MEYER,
            Plaintiff,

V.

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

            Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-10681NMG**

TO: (Name and address of Defendant)

General Electric Company
3135 Easton Turnpike
Fairfield, CT 06828-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Twohig, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108-3106

Antonio Valla, Esq.
Douglas E. Watts, Esq.
Stephanie L. Southwick, Esq.
(Pro Hac Vice applications pending)
Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Suite A-215
Lafayette, CA 94549

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    APR - 7 2005

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me (1) || DATE April 15, 2005 |
| NAME OF SERVER | THOMAS G. JACKSON | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Ms. Dabrlena Mitchell, Manager for CT Corporation System, Registered ~~Duly Authorized~~ Agent for the within-named  Defendant, General Electric Company.

Said service was made at:  3:40p.m. at 101 Federal Street, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ _____  _____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 15, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |

Also served: Civil Cover Sheet, Motion for Appearance Pro Hac Vice, Certificate of Antonio Valla, Certificate of  $ _____
Douglas E. Watts, Certificate of Stephanie L. Southwick    $ _____
TOTAL   $ _____

Subscribed and sworn to before me, a Notary Public, this 15th Day of April, 2005

My Commission Expires: 12/15/11

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**        **One Devonshire Place**       Telephone # (617) 720-5733
Massachusetts Constables since 1925     Boston, MA 02109                Fax #        (617) 720-5737