AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

DR. EMILIO MEYER,

           Plaintiff,

    V.

GENERAL ELECTRIC COMPANY,
GE INFRASTRUCTURE, INC.,
GE INFRASTRUCTURE SENSING, INC.,
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,

           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05- 10681NMG**

TO: (Name and address of Defendant)

| GE Infrastructure, Inc. | GE Infrastructure Sensing, Inc. | GE Panametrics, | Panametrics, Inc. |
|---|---|---|---|
| The Boston Center | The Boston Center | 221 Crescent St. | 221 Crescent St. |
| 1100 Technology Drive | 1100 Technology Drive | Waltham, MA 02493 | Waltham, MA 02493 |
| Billerica, MA 01821 | Billerica, MA 01821 | | |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Twohig, Esq.          Antonio Valla, Esq.
Perkins, Smith & Cohen, LLP   Douglas E. Watts, Esq.
One Beacon Street, 30th Floor  Stephanie L. Southwick, Esq.
Boston, MA 02108-3106      (Pro Hac Vice applications pending)
                                Gilliss Valla & Dalsin, LLP
                                3470 Mt. Diablo Blvd., Suite A-215
                                Lafayette, CA 94549

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH THORNTON                                       APR - 7 2005

CLERK                                                         DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE April 15, 2005 |
| NAME OF SERVER   THOMAS G. JACKSON | TITLE   Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Ms. Dahrlena Mitchell, Manager for CT Corporation System, Registered
~~Duly Authorized~~ Agent for the within-named   Defendant, GE Infrastructure Sensing, Inc.

Said service was made at:
3:40p.m. at 101 Federal Street, Boston , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE  $ _____ | _____ Trips | |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 15, 2005
           Date

Signature of Server: *Thomas G. Jackson*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |

Also served: Civil Cover Sheet, Motion for Appearance Pro Hac Vice, Certificate of Antonio Valla, Certificate of   $ _____
Douglas E. Watts, Certificate of Stephanie L. Southwick   $ _____
                                                                                                    TOTAL   $ _____

Subscribed and sworn to before me, a Notary Public, this 15th Day of April, 2005

[Notary signature]

My Commission Expires: 12/15/11

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**           One Devonshire Place           Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109               Fax #        (617) 720-5737