<div style="margin-left: 1em;">Gilliss Valla & Dalsin, LLP<br>
3470 Mt. Diablo Blvd., Ste. A-215<br>
Lafayette, CA 94549<br>
www.gvd-law.com</div>

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

------------------------------------x

DR. EMILIO MEYER,

                Plaintiff,     :     Civ. Action No.
- against -     :     1:05-cv-10681-NMG

GENERAL ELECTRIC COMPANY,     :     REQUEST FOR ENTRY
GE INFRASTRUCTURE, INC.,                      OF AN ORDER OF DEFAULT
GE INFRASTRUCTURE SENSING, INC.,     :
GE PANAMETRICS, PANAMETRICS, INC.,
and DOES 1 through 20,     :

                Defendants.     :

------------------------------------x

    Plaintiff DR. EMILIO MEYER, and by his undersigned attorneys, requests the Entry of an Order of Default against Defendant GENERAL ELECTRIC COMPANY pursuant to the Affidavit of Douglas E. Watts in Support of Request for Entry of an Order of Default, respectfully submitted herewith, and Federal Rule of Civil Procedure 55.

                                                  DR. EMILIO MEYER
                                                  By his attorneys,

5/11/05
---------
Date

                                                  **Antonio Valla, CA Bar # 136256**
                                                  **Douglas E. Watts, CA Bar # 182274**
                                                  **Stephanie L. Southwick, CA Bar # 226631**
                                                  **(Admitted Pro Hac Vice)**
                                                  Gilliss Valla & Dalsin, LLP
                                                  3470 Mt. Diablo Blvd., Suite A-215
                                                  Lafayette, CA 94549
                                                  Tel. 925 962-9009

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS | |
| ------------------------------------x | |
| DR. EMILIO MEYER, | : |
| Plaintiff, | : Civil Action No. |
| - against - | : 1:05-cv-10681-NMG |
| GENERAL ELECTRIC COMPANY, GE INFRASTRUCTURE, INC., GE INFRASTRUCTURE SENSING, INC., GE PANAMETRICS, PANAMETRICS, INC., and DOES 1 through 20, | : CERTIFICATE OF SERVICE : : : |
| Defendants. | : |
| ------------------------------------x | |

FILED CLERKS OFFICE
2005 MAY 12 A 10: 46
U.S. DISTRICT
DISTRICT OF MA

The undersigned declares that:

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to this action. My business address is: 3470 Mt. Diablo Blvd., Suite A-215, Lafayette, CA 94549.

On May 11, 2005, I served a true and correct copy of the following documents:

1. AFFIDAVIT OF DOUGLAS E. WATTS IN SUPPORT OF REQUEST FOR ENTRY OF AN ORDER OF DEFAULT AND EXHIBITS A - B
2. REQUEST FOR ENTRY OF AN ORDER OF DEFAULT
3. PROOF OF SERVICE

on all parties and counsel listed below:

General Electric Company
c/o CT Corporation System
101 Federal Street
Boston, MA 02110

-1-
CERTIFICATE OF SERVICE

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

1    ☑    **BY U.S. MAIL:** I am familiar with our business practices for collecting and processing
2    of mail for the United States Postal Service. Mail placed by me within the office for collection
3    for the United States Postal Service would normally be deposited with the United States Postal
4    Services that day in the ordinary course of business. The envelope(s) bearing the address(es)
5    above was sealed and placed for collection and mailing on the date below following our ordinary
6    business practices.
7       I declare under penalty of perjury that the foregoing is true and correct.
8
9    Dated: May 11, 2005            *a. Salazar*
10                                  Amber Salazar
11                                  Gilliss Valla & Dalsin, LLP
                                    3470 Mt. Diablo Blvd., Suite A-215
12                                  Lafayette, CA 94549
                                   Tel. 925 962-9009
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Gilliss Valla & Dalsin, LLP*
*3470 Mt. Diablo Blvd., Ste. A-215*
*Lafayette, CA 94549*
*www.gvd-law.com*

-2-

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
-------------------------------x

DR. EMILIO MEYER,                :

                Plaintiff,     :     Civ. Action No.
                                    1:05-cv-10681-NMG

  - against -                   :

GENERAL ELECTRIC COMPANY,         :
GE INFRASTRUCTURE, INC.,                AFFIDAVIT OF DOUGLAS
GE INFRASTRUCTURE SENSING, INC.,  :     E. WATTS IN SUPPORT OF
GE PANAMETRICS, PANAMETRICS, INC.,      REQUEST FOR ENTRY OF
and DOES 1 through 20,            :     AN ORDER OF DEFAULT

              Defendants.      :

-------------------------------x

I, Douglas E. Watts, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California, and am admitted to appear on behalf of plaintiff Dr. Emilio Meyer *pro hac vice* in the above-captioned matter.

2. On April 15, 2005, I caused to be served on Defendants General Electric Company a true and correct copy of the Complaint and Summons in the above-captioned matter.

3. Attached hereto as Exhibit A is a true and correct copy of a duly executed Proof of Service, which I caused to be filed with this Court on May 9, 2005, and which the Court entered on May 11, 2005.

4. Defendant General Electric Company's responsive pleading was due on or before May 5, 2005.

5. Defendant General Electric Company has failed to file a responsive pleading or otherwise defend this action within the applicable time period.

6. Therefore, on behalf of plaintiff Dr. Emilio Meyer, I request that the Court grant this request for default against General Electric Company, pursuant to the [Proposed] Order attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

1  that the foregoing is true and correct. Executed this 11th day of May, 2005.

_____
**Douglas E. Watts, (Pro Hac Vice)**
Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Suite A-215
Lafayette, CA 94549
Tel. 925 962-9009

-2-

AFFIDAVIT OF DOUGLAS E. WATTS IN SUPPORT OF
REQUEST FOR ENTRY OF AN ORDER OF DEFAULT

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE April 15, 2005 |
| NAME OF SERVER  THOMAS G. JACKSON | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  Ms. Dahrlena Mitchell, Manager for CT Corporation System, Registered
Duly Authorized Agent for the within-named  Defendant, General Electric Company.

Said service was made at:
3:40p.m. at 101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ _____   _____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 15, 2005                          _____
              Date                                     Signature of Server

                                                       One Devonshire Place, Boston, Massachusetts
                                                       Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |

Also served: Civil Cover Sheet, Motion for Appearance Pro Hac Vice, Certificate of Antonio Valla, Certificate of   $ _____
Douglas E. Watts, Certificate of Stephanie L. Southwick                                                           $ _____
                                                                                                    TOTAL   $ _____

Subscribed and sworn to before me, a Notary Public, this 15th Day of April, 2005

_____
My Commission Expires: 12/15/11

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #        (617) 720-5737 |

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |
| 2   | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |

| | | |
|---|---|---|
| 3 | DR. EMILIO MEYER, | : |
| 4 | Plaintiff, | :    Civ. Action No. |
| 5 | - against - | :    1:05-cv-10681-NMG |
| 6 | GENERAL ELECTRIC COMPANY, | :    [PROPOSED] ORDER |
|   | GE INFRASTRUCTURE, INC., |        GRANTING REQUEST FOR |
| 7 | GE INFRASTRUCTURE SENSING, INC., | :    DEFAULT AGAINST |
|   | GE PANAMETRICS, PANAMETRICS, INC., |        GENERAL ELECTRIC |
| 8 | and DOES 1 through 20, | : |
| 9 | Defendants. | : |
| 10 | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

It appearing to the satisfaction of this Court that defendant, General Electric Company, having been regularly served with process in this matter, having failed to timely file a responsive pleading to the Complaint on file herein within the applicable time period, and the default of said defendant having been duly and properly requested by plaintiff DR. EMILIO MEYER,

IT IS HEREBY ORDERED that the Default of defendant General Electric Company shall forthwith be entered.

_____
Date

_____
The Hon. Nathaniel M. Gorton,
Judge of the United States District Court,
District of Massachusetts

Gilliss Valla & Dalsin, LLP
3470 Mt. Diablo Blvd., Ste. A-215
Lafayette, CA 94549
www.gvd-law.com

-1-

REQUEST FOR ENTRY OF AN ORDER OF DEFAULT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dr. Emilio Meyer
_____
                **Plaintiff**

V.

General Electric Company,
GE Infrastructure, Inc.,
GE Infrastructure Sensing, Inc.,
GE Panametrics, Panametrics, Inc.,
And Does 1 through 20,
                **Defendants**

CIVIL ACTION

NO. 1:05-cv-10681 NMG

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Dr. Emilio Meyer for an order of Default for failure of the Defendant, General Electric Company, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 17th day of May, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: _[signature]_
Deputy Clerk   617-748-4073

Notice mailed to: Ms. Dahrlena Mitchell, Manager for CT Corporation System
101 Federal Street, Boston MA