**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DR. EMILIO MEYER, | : | |
| Plaintiff, | : | Civ. Action No. 05-10681 NMG |
| - against - | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| et al. | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF SEAN T. CARNATHAN**

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel to the Plaintiff, Dr. Emilio Meyer, in the above-captioned action.

                                                        Respectfully submitted,

                                                        <u>/s/ Sean T. Carnathan</u>
                                                        Sean T. Carnathan, Esq. (BBO #636889)
                                                        QUIGLEY, O'CONNOR & CARNATHAN LLC
                                                        8 New England Executive Park, Suite 310
                                                        Burlington, MA 01803
                                                        (781) 359-9000

Dated:  June 14, 2005