UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DR. EMILIO MEYER, | : | |
| Plaintiff, | : | Civ. Action No. 05-10681 NMG |
| - against - | : | |
| GENERAL ELECTRIC COMPANY, | : | |
| et al. | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF WITHDRAWAL</u>**

Pursuant to Local Rule 83.5.2(c), the law firm of Perkins, Smith & Cohen, LLP, and Michael P. Twohig (together, "<u>Perkins</u>") hereby serve notice of their withdrawal as counsel for Plaintiff, Dr. Emilio Meyer ("Dr. Meyer"). Pursuant to Local Rule 83.5.2(c), Perkins states as follows:

1. Attorney Sean T. Carnathan of the firm Quigley, O'Connor and Carnathan LLC has filed a Notice of Appearnce on behalf of Dr. Meyer.

2. There are no motions pending before the Court.

3. No trial date has been set.

4. No hearings or conferences are scheduled and no reports, oral or written are due.

5. Perkins has notified Dr. Meyer of its withdrawal, and notifies all other parties by this Notice.

    /s/ Michael P. Twohig
Michael P. Twohig (BBO#648079)
PERKINS, SMITH & COHEN, LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

Dated:  June 14, 2005