**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DR. EMILIO MEYER, | : |
| Plaintiff, | :    Civ. Action No. 05-10681 NMG |
| - against - | : |
| GENERAL ELECTRIC COMPANY, | : |
| et al. | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF DAVID B. MACK**

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel to the Plaintiff, Dr. Emilio Meyer, in the above-captioned action.

                    Respectfully submitted,

                    /s/ David B. Mack
                    David B. Mack, Esq. (BBO #631108)
                    QUIGLEY, O'CONNOR & CARNATHAN LLC
                    8 New England Executive Park, Suite 310
                    Burlington, MA 01803
                    (781) 359-9000

Dated:  June 14, 2005