UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
------------------------------------x

DR. EMILIO MEYER,                                :

                    Plaintiff,        :   Civ. Action No.
  - against -                                    :   05-10681NMG

GENERAL ELECTRIC COMPANY,            :   NOTICE OF VOLUNTARY
GE INFRASTRUCTURE, INC.,                    DISMISSAL OF GE
GE INFRASTRUCTURE SENSING, INC.,     :   PANAMETRICS AND
GE PANAMETRICS, PANAMETRICS, INC.,      <u>PANAMETRICS, INC.</u>
and DOES 1 through 20,                       :

                 Defendants.       :

------------------------------------x

    Plaintiff DR. EMILIO MEYER, by and through his undersigned attorneys, hereby voluntarily dismisses, without prejudice, Defendants GE PANAMETRICS and PANAMETRICS, INC. pursuant to Federal Rule of Civil Procedure 41.

                                  DR. EMILIO MEYER
                                  By his attorneys,

Date: June 20, 2005          <u>s/Douglas E. Watts</u>
                                  **Antonio Valla, CA Bar # 136256**
                                  **Douglas E. Watts, CA Bar #  182274**
                                  **Stephanie L. Southwick, CA Bar # 226631**
                                  **(Admitted Pro Hac Vice)**
                                  Gilliss Valla & Dalsin, LLP
                                  3470 Mt. Diablo Blvd., Suite A-215
                                  Lafayette, CA 94549
                                  Tel. 925 962-9009

*Left margin:* Gilliss Valla & Dalsin, LLP / 3470 Mt. Diablo Blvd., Ste. A-215 / Lafayette, CA 94549 / www.gvd-law.com

NOTICE OF VOLUNTARY DISMISSAL OF GE PANAMETRICS AND PANAMETRICS, INC.