UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dr. Emilio Meyer,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>GE INFRASTRUCTURE, INC.,<br>GE INFRASTRUCTURE SENSING, INC.<br>GE PANAMETRICS, PANAMETRICS, INC.,<br>and DOES 1 through 20,<br><br>    Defendants. | Civil Action No. 1:05-CV-10681 (NMG) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## GENERAL ELECTRIC COMPANY, GE INFRASTRUCTURE, INC.
## AND GE INFRASTRUCTURE SENSING, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendants General Electric Company, GE Infrastructure, Inc. and GE Infrastructure Sensing, Inc. hereby file this Corporate Disclosure Statement, stating the following:

1.    General Electric Company has no parent corporation, and no publicly-held company owns 10 percent or more of its stock.

2.    General Electric Company is a parent corporation to and owns over 10 percent of the stock of GE Infrastructure, Inc.

3.    GE Infrastructure, Inc. is a parent corporation to and owns over 10 percent of the stock of GE Infrastructure Sensing, Inc.

June 20, 2005                                   Respectfully Submitted,
                                                Defendants General Electric Company, GE
                                                Infrastructure, Inc., and GE Infrastructure
                                                Sensing, Inc.,

                                                By their Attorneys,


                                                /s/ Steven M. Bauer
                                                Steven M. Bauer (BBO# 542531)
                                                Kimberly A. Mottley (BBO# 651190)
                                                PROSKAUER ROSE LLP
                                                One International Place
                                                Boston, Massachusetts 02110-2600
                                                Phone:  617-526-9600
                                                Fax:    617-526-9899