UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dr. Emilio Meyer,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>GE INFRASTRUCTURE, INC.,<br>GE INFRASTRUCTURE SENSING, INC.<br>GE PANAMETRICS, PANAMETRICS, INC.,<br>and DOES 1 through 20,<br><br>    Defendants. | Civil Action No. 1:05-CV-10681 (NMG) |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2(a), please enter the appearance of Kimberly A. Mottley, Esq. of Proskauer Rose LLP as counsel for Defendants, General Electric Company, GE Infrastructure, Inc., and GE Infrastructure Sensing, Inc.

        Respectfully Submitted,

        Defendants General Electric Company,
        GE Infrastructure, Inc., and
        GE Infrastructure Sensing, Inc.,

        By their Attorneys,

        /s/ Kimberly A. Mottley
        Steven M. Bauer (BBO# 542531)
        Kimberly A. Mottley (BBO# 651190)
        PROSKAUER ROSE LLP
        One International Place
        Boston, Massachusetts 02110-2600
        Phone:  617-526-9600
        Fax:      617-526-9899

July 28, 2005