UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DR. EMILIO MEYER, | : |
| Plaintiff, | : Civil Action No. 1:05-CV-10681 NMG |
| - against - | : |
| GENERAL ELECTRIC COMPANY,<br>GE INFRASTRUCTURE, INC.,<br>GE INFRASTRUCTURE SENSING, INC.,<br>GE PANAMETRICS, PANAMETRICS, INC.,<br>and DOES 1 through 20, | :<br><br>:<br><br>: |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff and counterclaim defendant Emilio Meyer and defendants and counterclaim plaintiffs General Electric Company, GE Infrastructure, Inc., and GE Infrastructure Sensing, Inc., being all of the remaining parties to this action, hereby stipulate to the dismissal of this action in its entirety, including the counterclaim, <u>with</u> prejudice and without costs.

All of the parties to this action shall bear their own attorney's fees and hereby waive all rights of appeal.

DR. EMILIO MEYER

By his attorneys,

Date: May 8, 2006                   /s/ Stephanie L. Southwick
                                    Antonio Valla, CA BBO # 136256
                                    Stephanie L. Southwick, CA BBO # 182274
                                    (Admitted Pro Hac Vice)
                                    GILLISS VALLA & DALSIN, LLP
                                    3470 Mt. Diablo Blvd., Suite A-215
                                    Lafayette, CA 94549
                                    Tel. 925.962.9009
                                    Fax: 925.962-9011


                                    GENERAL ELECTRIC COMPANY, GE
                                    INFRASTRUCTURE, INC., and GE
                                    INFRASTRUCTURE SENSING, INC.

                                    By their attorneys,

Date: May 8, 2006                   /s/ Steven M. Bauer
                                    Steven M. Bauer, BBO # 542531
                                    Kimberly A. Mottley, BBO # 651190
                                    PROSKAUER ROSE, LLP
                                    One International Place
                                    Boston, MA 02110-2600
                                    Tel. 617.526.9600
                                    Fax: 617.526.9899